# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, BLACK VOTERS MATTER FUND, and RISE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; REBECCA SULLIVAN, in her official capacity as the Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board, <br><br> Defendants. | Civil Action No. 1-21-CV-1229 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs The New Georgia Project, Black Voters Matter Fund, and Rise, Inc., hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3.

**(1)     The undersigned Counsel of Record for Plaintiffs certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- The New Georgia Project (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Black Voters Matter Fund (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Rise, Inc. (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Brad Raffensperger, in his official capacity (Defendant);

- Rebecca Sullivan, in her official capacity (Defendant);

- David Worley, in his official capacity (Defendant);

- Matthew Mashburn, in his official capacity (Defendant); and

- Anh Le, in her official capacity (Defendant).

**(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>Plaintiffs</u>

- Halsey G. Knapp, Jr. of Krevolin & Horst, LLC;

- Joyce Gist Lewis of Krevolin & Horst, LLC;

- Adam M. Sparks of Krevolin & Horst, LLC;

- Marc E. Elias of Perkins Coie LLP;

- Uzoma Nkwonta of Perkins Coie LLP;

- Jacob Shelly of Perkins Coie LLP;

- Zachary J. Newkirk of Perkins Coie LLP; and

- Jyoti Jasrasaria of Perkins Coie LLP.

<u>Defendants</u>

- [Intentionally left blank]

Respectfully submitted, this 26th day of March 2021.

**Adam M. Sparks**
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

Marc E. Elias*
Uzoma Nkwonta*
Jacob Shelly*
Zachary J. Newkirk*
Jyoti Jasrasaria*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
jshelly@perkinscoie.com
znewkirk@perkinscoie.com
jjasrasaria@perkinscoie.com

*Counsel for Plaintiffs*
**Motions for Pro Hac Vice Forthcoming*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, BLACK VOTERS MATTER FUND, and RISE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; REBECCA SULLIVAN, in her official capacity as the Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board, <br><br> Defendants. | Civil Action No. 1-21-CV-1229 |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: March 26, 2021.                                  **Adam M. Sparks**
                                                                            *Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, BLACK VOTERS MATTER FUND, and RISE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; REBECCA SULLIVAN, in her official capacity as the Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>Defendants. | Civil Action No. 1-21-CV-1229 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: March 26, 2021.                                **Adam M. Sparks**
                                                                    *Counsel for Plaintiffs*