UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT; BLACK VOTERS MATTER FUND; and RISE, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; REBECCA SULLIVAN, in her official capacity as the Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., <br><br> *Proposed Intervenor-Defendants*. | No. 1:21-cv-1229-JPB |

## **MOTION TO INTERVENE**

The Republican National Committee, National Republican Senatorial Committee, and Georgia Republican Party, Inc. ("Movants"), by and through undersigned counsel, and pursuant to Rule 24 of the Federal Rules of Civil Procedure, respectfully move to intervene as defendants in this case. As explained in the accompanying memorandum, Movants satisfy the requirements for intervention of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). Defendants have not yet entered an appearance or expressed a position on intervention. Plaintiffs object.

This 31st day of March, 2021.

Respectfully submitted,

/s/ *William Bradley Carver, Sr.*
John E. Hall, Jr.
Georgia Bar No. 319090
William Bradley Carver, Sr.
Georgia Bar No. 115529
W. Dowdy White
Georgia Bar No. 320879
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com

Tyler R. Green (*pro hac vice* forthcoming)
Cameron T. Norris (*pro hac vice* forthcoming)
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423

*Counsel for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The foregoing was prepared in Century Schoolbook font, 13-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C). I hereby certify that I electronically filed the foregoing **MOTION TO INTERVENE** with the Clerk of Court using CM/ECF electronic filing system, which will automatically send e-mail notification of such filing to the following counsel of record and serve as follows:

Halsey G. Knapp, Jr.
Joyce Gist Lewis
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Ste. 3250
1201 West Peachtree St., NW
Atlanta, GA 30309
hknapp@khlawfirm.com
jlewis@khlawfirm.com
sparks@@khlawfirm.com
*Counsel for Plaintiffs*

Marc E. Elias*
Uzoma Nkwonta*
Jacob Shelly*
Zachary J. Newkirk
Jyoti Jasrasaria*
Perkins Coie LLP
700 Thirteenth St., NW, Ste. 800
Washington, D.C. 20005-3960
melias@perkinscoie.com
unkwonta@perkinscoie.com
jshelly@perkinscoie.com
znewkirk@perkinscoie.com
jjasrasaria@perkinscoie.com
*Counsel for Plaintiffs*
*\*Motions for Pro Hac Vice Forthcoming*

This 31st day of March, 2021.

[signature on next page]

/s/ *William Bradley Carver, Sr.*

| | |
|---|---|
| | John E. Hall, Jr. |
| Tyler R. Green (*pro hac vice* forthcoming) | Georgia Bar No. 319090 |
| | William Bradley Carver, Sr. |
| Cameron T. Norris (*pro hac vice* forthcoming) | Georgia Bar No. 115529 |
| | W. Dowdy White |
| **CONSOVOY MCCARTHY PLLC** | Georgia Bar No. 320879 |
| 1600 Wilson Boulevard | **HALL BOOTH SMITH, P.C.** |
| Suite 700 | 191 Peachtree Street NE |
| Arlington, VA 22209 | Suite 2900 |
| (703) 243-9423 | Atlanta, GA 30303 |
| | (404) 954-6967 |
| | bcarver@hallboothsmith.com |

*Counsel for Proposed Intervenor-Defendants*