IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia, *et al.*, <br><br> Defendants. | Civil Action File <br><br> No. 1:21-cv-01229-JPB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Bryan P. Tyson, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters his appearance as counsel for Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia, and State Election Board members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

[SIGNATURE ON NEXT PAGE]

This 6th day of April, 2021.

>*/s/ Bryan P. Tyson*
>Bryan P. Tyson
>Georgia Bar No. 515411
>btyson@taylorenglish.com
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 200
>Atlanta, Georgia 30339
>770.434.6868 (telephone)
>
>*Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson