# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>　　*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01229-JPB |

## CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le have conferred with Plaintiffs and, with their consent, respectfully request this Court extend the time for Defendants to respond to Plaintiffs' Complaint from April 19, 2021 to May 3, 2021. This short, two-week extension will not delay the adjudication of the claims in the Complaint.

A proposed order granting the Motion is attached as Exhibit A.

Respectfully submitted this 6th day of April, 2021.

        Christopher M. Carr
        Attorney General
        GA Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        GA Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        GA Bar No. 760280
        State Law Department
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, GA 30339
        Telephone: 678-336-7249

        *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
