IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE NEW GEORGIA PROJECT, BLACK VOTERS MATTER FUND, and RISE, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:21-cv-01229-JPB |
| v. | ) ) | |
| BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, REBECCA SULLIVAN, in her official capacity as Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Brad Raffensperger, Georgia Secretary of State; Rebecca Sullivan, Vice Chair of the Georgia State Election Board; and State Election Board members, David

1

Worley, Matthew Mashburn, and Anh Le. Please direct all further pleadings, notices, orders, and other matters to her at the following:

>Office of the Attorney General
>40 Capitol Square, SW
>Atlanta, Georgia 30334
>Telephone: (404) 458-3658
>E-Mail: cmcgowan@law.ga.gov

Respectfully submitted, this 8th day of April, 2021.

>/s/ *Charlene S. McGowan*
>CHARLENE S. MCGOWAN 697316
>Assistant Attorney General
>
>Office of the Georgia Attorney General
>40 Capitol Square SW
>Atlanta, GA 30334
>cmcgowan@law.ga.gov
>Tel: 404-458-3658
>Fax: 404-651-9325
>
>*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

>/s/Charlene S. McGowan
>Charlene S. McGowan
>Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: April 8, 2021.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General
