# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

April 13, 2021

<u>**VIA CM/ECF FILING**</u>

Ms. Brittney Walker
Courtroom Deputy for
The Honorable J. P. Boulee
2342 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

Re: *The New Georgia Project, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
U.S. District Court for the Northern District of Georgia, Atlanta Division
Civil Action File No. 1:21-cv-01229-JPB

Dear Ms. Walker:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- May 24, 2021 – May 28, 2021
- July 22, 2021 – July 23, 2021
- September 27, 2021 – October 1, 2021

I respectfully request that this case not be calendared during these dates.

Respectfully,

*/s/ Bryan P. Tyson*
Bryan P. Tyson

BPT/ra

cc:   All counsel of record (via CM/ECF only)