IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>　　*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01229-JPB |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia, and State Election Board members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le move to dismiss Plaintiffs' claims in their entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Defendants rely on their Brief in Support of Defendants' Motion to Dismiss, which is filed with this motion

　　Respectfully submitted this 3rd day of May, 2021.

　　　　　　　　　　　　　　　　　　　Christopher M. Carr
　　　　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 112505
　　　　　　　　　　　　　　　　　　　Bryan K. Webb
　　　　　　　　　　　　　　　　　　　Deputy Attorney General

Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**Office of the Georgia Attorney General**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for Defendants*

1

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Defendants' Motion to Dismiss has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/Bryan P. Tyson
Bryan P. Tyson