IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01229-JPB |

## DEFENDANT GREGORY EDWARDS' COMBINED MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEF IN SUPPORT

Defendant Gregory W. Edwards is the District Attorney for Dougherty County and is sued in his official capacity. Defendant Edwards moves this Court to dismiss Plaintiffs' First Amended Complaint [Doc. 39] in its entirety under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for all the reasons contained in State Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. 45]. Defendant Edwards further adopts the entirety of State Defendants' Brief and the arguments contained in the brief in support of this motion. [Doc. 45-1].

Respectfully submitted this 14th day of June, 2021.

    Christopher M. Carr
    Attorney General
    Georgia Bar No. 112505
    Bryan K. Webb
    Deputy Attorney General
    Georgia Bar No. 743580
    Russell D. Willard
    Senior Assistant Attorney General
    Georgia Bar No. 760280
    Charlene McGowan
    Assistant Attorney General
    Georgia Bar No. 697316
    **Office of the Georgia Attorney General**
    40 Capitol Square, S.W.
    Atlanta, Georgia 30334

    */s/ Bryan P. Tyson*
    Bryan P. Tyson
    Special Assistant Attorney General
    Georgia Bar No. 515411
    btyson@taylorenglish.com
    Bryan F. Jacoutot
    Georgia Bar No. 668272
    bjacoutot@taylorenglish.com
    Loree Anne Paradise
    Georgia Bar No. 382202
    lparadise@taylorenglish.com
    **Taylor English Duma LLP**
    1600 Parkwood Circle
    Suite 200
    Atlanta, GA 30339
    Telephone: 678-336-7249

    Gene C. Schaerr*
    gschaerr@schaerr-jaffe.com
    Erik Jaffe*

ejaffe@schaerr-jaffe.com
H. Christopher Bartolomucci*
cbartolomucci@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC  20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
* Admitted *pro hac vice*

*Counsel for Defendant Gregory W. Edwards*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANT GREGORY EDWARDS' COMBINED MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEF IN SUPPORT has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson