# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE NO. <br><br> 1:21-MI-55555-JPB |
| | |
| THE NEW GEORGIA PROJECT, ) <br> BLACK VOTERS MATTER FUND, and ) <br> RISE, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as the Georgia Secretary of State; ) <br> REBECCA SULLIVAN, in her official ) <br> capacity as the Vice Chair of the Georgia ) <br> State Election Board; DAVID WORLEY, ) <br> in his official capacity as a member of the ) <br> Georgia State Election Board; MATTHEW ) <br> MASHBURN, in his official capacity as a ) <br> member of the Georgia State Election ) <br> Board; ANH LE, in her official capacity as ) <br> a member of the Georgia State Election ) <br> Board; MARGARET BENTLEY, in her ) <br> official capacity as Chairman of the ) <br> SPALDING County Board of Elections ) <br> and Voter Registration; GLENDA ) <br> HENLEY, in her official capacity as ) <br> Secretary of the SPALDING County Board ) <br> of Elections and Voter Registration; ) <br> BETTY BRYANT, VERA MCINTOSH, ) | CIVIL ACTION FILE NO. <br> 1:21-CV-1229-JPB |

| | |
|---|---|
| and ROY MCCLAIN, in their official capacities as Members of the SPALDING County Board of Elections and Voter Registration; CHARLES DAVE, in his official capacity as BROOKS County Elections Superintendent; ZURICH DESHAZIOR, DON DISTEFANO, and KAREN MURRAY, in their official capacities as members of the BROOKS County Board of Elections; ALEX WAN, in his official capacity as Chairman of the FULTON County Registration and Elections Board; MARK WINGATE, KATHLEEN RUTH, VERNETTA KEITH NURIDDIN, and AARON JOHNSON, in their official capacities as Members of the FULTON County Registration and Elections Board; KEITH GAMMAGE, in his official capacity as the Solicitor General of FULTON County; and GREGORY W. EDWARDS, in his official capacity as the District Attorney for DOUGHERTY County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned and files this Notice of Substitution of Counsel to remove **Cheryl M. Ringer, Georgia Bar No. 557420** and add **Sandy Milord, Georgia Bar No. 622391** of the Office of the Fulton County Attorney as counsel for the Fulton County Defendants in this action. It is requested that the Clerk forward notice of all hearings, motions, and trials in the above-styled action to the

undersigned.

Respectfully submitted this 7th day of February 2023.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
Kaye W. Burwell
Georgia Bar No. 572358
kaye.burwell@fultoncountyga.gov

Brad Bowman
Georgia Bar No. 215007
brad.bowman@fultoncountyga.gov

*/s/ Sandy Milord*
Sandy Milord
Georgia Bar No. 622391
sandy.milord@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Telephone)
(404) 730-6324 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE NO. <br><br> 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, ) <br> BLACK VOTERS MATTER FUND, and ) <br> RISE, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as the Georgia Secretary of State; ) <br> REBECCA SULLIVAN, in her official ) <br> capacity as the Vice Chair of the Georgia ) <br> State Election Board; DAVID WORLEY, ) <br> in his official capacity as a member of the ) <br> Georgia State Election Board; MATTHEW ) <br> MASHBURN, in his official capacity as a ) <br> member of the Georgia State Election ) <br> Board; ANH LE, in her official capacity as ) <br> a member of the Georgia State Election ) <br> Board; MARGARET BENTLEY, in her ) <br> official capacity as Chairman of the ) <br> SPALDING County Board of Elections ) <br> and Voter Registration; GLENDA ) <br> HENLEY, in her official capacity as ) <br> Secretary of the SPALDING County Board ) <br> of Elections and Voter Registration; ) <br> BETTY BRYANT, VERA MCINTOSH, ) | CIVIL ACTION FILE NO. <br> 1:21-CV-1229-JPB |

| | |
|---|---|
| and ROY MCCLAIN, in their official capacities as Members of the SPALDING County Board of Elections and Voter Registration; CHARLES DAVE, in his official capacity as BROOKS County Elections Superintendent; ZURICH DESHAZIOR, DON DISTEFANO, and KAREN MURRAY, in their official capacities as members of the BROOKS County Board of Elections; ALEX WAN, in his official capacity as Chairman of the FULTON County Registration and Elections Board; MARK WINGATE, KATHLEEN RUTH, VERNETTA KEITH NURIDDIN, and AARON JOHNSON, in their official capacities as Members of the FULTON County Registration and Elections Board; KEITH GAMMAGE, in his official capacity as the Solicitor General of FULTON County; and GREGORY W. EDWARDS, in his official capacity as the District Attorney for DOUGHERTY County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned counsel electronically filed the forgoing **NOTICE OF SUBSTITUTION OF COUNSEL** using the Odyssey e-File GA system, which automatically sends email notification of such filing to all attorneys of record.

*/s/ Sandy Milord*
Sandy Milord
Georgia Bar No. 622391
sandy.milord@fultoncountyga.gov

This 7th day of February 2023.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)