

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**HALSEY G. KNAPP, JR.**
Tel: 404-888-9608
Email: hknapp@khlawfirm.com

March 22, 2023

<u>**Via CM/ECF Filing**</u>

The Honorable J. P. Boulee
Attn: Courtroom Deputy Clerk
United States District Court for the
Northern District of Georgia
Atlanta Division
2342 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

RE:   *IN RE GEORGIA SENATE BILL 202;* Case No. 1:21-mi-55555

Dear Courtroom Deputy Clerk:

Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than (20) consecutive days, please accept this letter requesting that no hearing or trials be calendared during the time period of:

- June 1, 2023 through June 13, 2023

Applicant will be away from the practice of law for business and personal reasons. Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

Sincerely,

**KREVOLIN & HORST, LLC**

<u>*/s/ Halsey G. Knapp, Jr.*</u>
Halsey G. Knapp, Jr.
Georgia Bar No. 425320

cc: All Counsel of Record (via CMF/ECF)