IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 * <br> * <br> * <br> SIXTH DISTRICT OF THE * <br> AFRICAN METHODIST * <br> EPISCOPAL CHURCH, a Georgia * <br> nonprofit organization, et al. * <br> * <br> Plaintiffs, * <br> vs. * <br> * <br> BRIAN KEMP, Governor of the State * <br> of Georgia in his official capacity, et * <br> al., * <br> Defendants. * | MASTER CASE NO.: <br><br> 1:21-MI-55555-JPB |

NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Jacob C. Wilson as co-counsel of record for Defendants Macon-Bibb County Board of Elections, Mike Kaplan, Herbert Spangler, Joel Hazard, Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities, Jeanetta R. Watson, former Macon-Bibb County Elections Supervisor, in her official capacity, and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity, in the above-styled civil action. Copies of all further pleadings, orders, and notices should additionally be sent to:

Jacob C. Wilson
Ga. Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

This 10th day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

*Counsel for Defendants Macon-Bibb County Board of Elections, Mike Kaplan, Herbert Spangler, Joel Hazard, Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities, Jeanetta R. Watson, former Macon-Bibb County Elections Supervisor, in her official capacity, and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity*

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements ser forth in Local Rule 5.1, using Times New Roman font and 14-point type.

This 10$^h$ day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 10th day of April, 2023.

                                            /s/ Jacob C. Wilson
                                            JACOB C. WILSON
                                            Georgia Bar No. 274838
                                            jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile